AO 440 (Rev. 10/93) Summons in a Civil Action

FILED
IN CLERKS OFFICE

## UNITED STATES DISTRICT COURT
### District of MASSACHUSETTS

2004 FEB 25  P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECTV, Inc.

V.

Richard Baldwin

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03-40254**

TO: (Name and address of Defendant)

Richard Baldwin
42 Walker Street
Whinitsville, MA 01588

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                               11-20-03

CLERK                                                       DATE

Sherry Jones

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| | TITLE |

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100
Worcester, ss

02/19/2004

I hereby certify and return that on 02/17/2004 at 01:58pm I served a true and attested copy of the Summons and Complaint, Civil Action Cover Sheet, attachment, Corporate Disclosure, Complaint for Compensatory and other damages, in this action in the following manner: To wit, by leaving at the last and usual place of abode of RICHARD BALDWIN at 42 WALKER ST, WHITINSVILLE, MA and by mailing first class mail to the above address on 02/19/2004. Fees: Service 20.00, Travel 8.32, Conveyance 4.50, Attest 10.00 & Postage and Handling 3.00 Total Fees: $45.82

Deputy Sheriff Ronald E Richard

*Ronald E Richard*
**Deputy Sheriff**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
              Date                  Signature of Server

                        _____
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.