UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAR 18 A 11: 58

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NO.: 03-40254-NMG

| | |
|---|---|
| DIRECTV, INC., ) | |
| Plaintiff ) | |
| ) | **APPEARANCE OF COUNSEL** |
| vs. ) | **FOR DEFENDANT** |
| ) | |
| RICHARD BALDWIN, ) | |
| Defendant ) | |

I, Jacob P. Morris, Esquire, of Rubin, Rubin & Wilcox in Worcester, Massachusetts hereby enter my appearance as counsel for the Defendant, Richard Baldwin.


_____
Jacob P. Morris, Esquire
Rubin, Rubin & Wilcox
333 Park Avenue
Worcester, MA 01610
(508) 791-5541
BBO# 652275

Dated: March 17, 2004