UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 03-40254

DIRECTV, INC., )
    Plaintiff )
) **DEFENDANT'S ANSWER TO**
vs. ) **PLAINTIFF'S COMPLAINT**
)
RICHARD BALDWIN, )
    Defendant )

1. The Defendant is without sufficient knowledge to admit or deny.

2. The Defendant is without sufficient knowledge to admit or deny.

3. The Defendant is without sufficient knowledge to admit or deny.

4. The Defendant is without sufficient knowledge to admit or deny.

5. The Defendant is without sufficient knowledge to admit or deny.

6. The Defendant is without sufficient knowledge to admit or deny.

7. The Defendant is without sufficient knowledge to admit or deny.

8. The Defendant is without sufficient knowledge to admit or deny.

9. The Defendant is without sufficient knowledge to admit or deny.

10. The Defendant is without sufficient knowledge to admit or deny.

11. The Defendant is without sufficient knowledge to admit or deny.

12. The Defendant is without sufficient knowledge to admit or deny.

13. The Defendant is without sufficient knowledge to admit or deny.

14. The Defendant is without sufficient knowledge to admit or deny.

15. The Defendant is without sufficient knowledge to admit or deny.

16. The Defendant is without sufficient knowledge to admit or deny.

17. The Defendant is without sufficient knowledge to admit or deny.

18. Admit.

19. The Defendant denies this allegations and calls upon the Plaintiff to prove the same.

20. The Defendant is without sufficient knowledge to admit or deny.

21. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

22. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

23. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

24. The Defendant is without sufficient knowledge to admit or deny.

25. The Defendant is without sufficient knowledge to admit or deny.

26. Admit.

27. The Defendant has responded accordingly.

28. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

29. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

30. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

31. The Defendant has responded accordingly.

32. The Defendant is without sufficient knowledge to admit or deny.

33. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

34. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

35. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

36. The Defendant has responded accordingly.

37. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

38. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

39. The Defendant is without sufficient knowledge to admit or deny.

40. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

41. Admit.

42. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

43. the Defendant has responded accordingly.

44. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

45. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

46. The Defendant is without sufficient knowledge to admit or deny.

47. The Defendant denies this allegation and calls upon the Plaintiff to prove the same.

48. Admit.

Wherefore, the Defendant, Richard Baldwin, requests that Judgment be entered for the Defendant on all counts.

> Richard Baldwin
> By his Attorney,
>
> Jacob P. Morris, Esquire
> Rubin, Rubin & Wilcox
> 333 Park Avenue
> Worcester, MA 01610
> (508) 791-5541
> BBO# 652275

Dated: March 17, 2004