UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **03-40254 NMG** |
|      Plaintiff, ) | |
| ) | STIPULATION OF DISMISSAL |
| vs. ) | WITHOUT PREJUDICE |
| ) | |
| **Richard Baldwin** ) | |
|      Defendant ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

11/04/04
Date

John M. McLaughlin
**Green Miles Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

Respectfully Submitted for the Defendant,
Richard Baldwin,
By His Attorney

11-6-04
Date

Jacob P. Morris
Rubin Rubin & Wilcox
333 Park Avenue
Worcester, MA 01610-1022
(508)-791-5541

1

## CERTIFICATE OF SERVICE

I, Jacob P. Morris, attorney for the Defendant, hereby certify that on this 6th day of November, 2004, a copy of the foregoing Stipulation of Dismissal, was sent via first class mail, postage prepaid, to the following:

Attorney John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210

Jacob P. Morris

2